

# Incident Report

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 08/05/2019 13:09 | | Cleveland Division of Police |
| **Login ID:** | sanneyp | | **ORI Number:** OHCLP0000 |

**Incident:** 2019-00219691

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 7/23/2019 3:16:49 PM | **Incident Type:** | Civil Dispute |
| **Location:** | 850 JEFFERSON AVE CLEVELAND OH 44113 | **Venue:** | Cleveland |
| **Phone Number:** | | **Source:** | |
| **Report Required:** | No | **Priority:** | |
| **Prior Hazards:** | No | **Status:** | |
| **LE Case Number:** | | **Nature of Call:** | CIVIL DISPUTE |

### Unit/Personnel

| Unit | Personnel |
|---|---|
| 2A23 | D1042-Davison |

### Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### Disposition(s)

| Disposition | Count |
|---|---|
| Advised | 1 |
| Handled by Detective Bureau | 1 |

### Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

# Call Comments

**Comments From Intergaph**
7/23/2019 15:16:49 -
** LOI search completed at 07/23/19 15:16:49

7/23/2019 15:16:49 -
CALLER A PATRON -- SAYING HE'S HAVING TROUBLE WITH LIBRARY STAFF -- CALLER STANDING IN FRONT OF WAITING FOR POLICE

7/23/2019 15:40:21 -
ANOTHER CALL FROM GERALD FOR ETA ADV

7/23/2019 16:38:28 -
ANOTHER CALL ZC DOWN THE STREET CALLER STILL WAITING OUT FRONT

7/23/2019 17:37:13 -
wcs thomas



# Incident Report

| | | | |
|---|---|---|---|
| **Print Date/Time:** 08/05/2019 13:16 | | | Cleveland Division of Police |
| **Login ID:** sanneyp | | | **ORI Number:** OHCLP0000 |

**Incident:** 2019-00192179

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 7/1/2019 11:00:19 AM | **Incident Type:** | Civil Dispute |
| **Location:** | 1962 STOKES BLVD CLEVELAND OH 44106 | **Venue:** | Cleveland |
| **Phone Number:** | | **Source:** | |
| **Report Required:** | No | **Priority:** | |
| **Prior Hazards:** | No | **Status:** | |
| **LE Case Number:** | | **Nature of Call:** | CIVIL DISPUTE |

### Unit/Personnel

| Unit | Personnel |
|---|---|
| 3B15 | 3766-Ryan |

### Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Caller | | | | | | |

### Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

### Disposition(s)

| Disposition | Count |
|---|---|
| Handled by Detective Bureau | 1 |

### Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

# Call Comments

Comments From Intergaph
7/1/2019 11:00:19 -
** LOI search completed at 07/01/19 11:00:19

7/1/2019 11:00:19 -
CLEVELAND
CALLER HAVING TROUBLE WITH THE STAFF HERE
STS THE STAFF IS TRYING TO INTIMIDATE HIM

7/1/2019 11:00:53 -
CALLER WILL BE SITTING AT THE COMPUTER -- STS ITS THE FIRST COMPUTER WHEN WALK IN THE FRONT DOOR

7/1/2019 11:01:09 -
CALLER IS BLK ML TALL BLK SKULL CAP AND BLK SWEATSHIRT

7/1/2019 11:02:46 -
-

7/1/2019 11:03:49 -
NO PRIORS FOR CRISIS INTERVENTION - ML SHOWS PRIOR CRIM TRESPASS

7/1/2019 11:04:11 -
CALLER ███████

7/1/2019 11:05:35 -
** PER search completed at 07/01/19 11:05:35

7/1/2019 11:42:09 -
ADV